# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

EDWARD EUGENE CADE                                                                     PETITIONER
Reg. #33494-177

v.                          Case No. 2:20-cv-00200 JTK

JOHN P. YATES[1], *Warden*,                                                           RESPONDENT
FCI-Forrest City

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this 12th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Substituted for former Warden Hendrix pursuant to Fed. R. Civ. P. 25(d).